| | | | |
|---|---|---|---|
| Hartland Sportsmen's Club, Inc. v. City of Delafield† | 2016AP000666 | 08–30–2017 | Modified and affirmed |
| Frolik v. Schuebel | 2016AP000674 | 08–01–2017 | Affirmed |
| State v. Benton† | 2016AP000694 CR | 08–03–2017 | Affirmed |
| State v. Hudson | 2016AP000699 CR | 08–01–2017 | Affirmed |
| Bank v. Bonkoski | 2016AP000726 | 08–01–2017 | Affirmed |
| State v. Fleming† | 2016AP000839 CR | 08–08–2017 | Affirmed |
| State v. Tetting, Jr.† | 2016AP000853 CR | 08–31–2017 | Affirmed |
| State v. Young† | 2016AP000856 CR | 08–23–2017 | Affirmed |
| State v. Jackson | 2016AP000882 CR | 08–29–2017 | Affirmed |
| State v. Hron† | 2016AP000956 CR | 08–02–2017 | Affirmed |
| State v. Walker† | 2016AP000957 | 08–15–2017 | Affirmed |
| State v. Voit | 2016AP000997 CR | 08–31–2017 | Affirmed |
| Recker v. Gilmore | 2016AP001007 | 08–22–2017 | Affirmed |
| State v. Jones† | 2016AP001033 CR, 2016AP001034 CR | 08–16–2017 | Affirmed |
| State v. Gilliam | 2016AP001101 | 08–22–2017 | Affirmed |
| State v. Hollins | 2016AP001117 CR, 2016AP001118 CR | 08–17–2017 | Affirmed |
| Thums v. Thums | 2016AP001139 | 08–31–2017 | Affirmed |
| State v. Griffis† | 2016AP001167 CR | 08–01–2017 | Affirmed |
| State v. Boyd† | 2016AP001173 | 08–23–2017 | Affirmed |
| State v. Cotton† | 2016AP001263 CR | 08–29–2017 | Affirmed |
| State v. Echols† | 2016AP001275 CR | 08–15–2017 | Affirmed |
| Johnson v. Pautsch | 2016AP001303 | 08–22–2017 | Affirmed |
| Olson v. Integrity Prop. & Cas. Ins. Co.† | 2016AP001311 | 08–02–2017 | Affirmed |
| State v. Slater† | 2016AP001355 CR | 08–02–2017 | Affirmed |
| State v. Weatherall† | 2016AP001368 CR, 2016AP001369 CR | 08–02–2017 | Affirmed |
| State ex rel. Dumas v. Symdon | 2016AP001477 | 08–24–2017 | Affirmed |

---

† Petition to review filed.